UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
MARKEY, Karen

Case No.: 20-13759  
Chapter: 7  
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

John Michael McDonnell, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

United States Bankruptcy Court Clerk  
Clarkson S. Fisher U.S. Courthouse  
402 East State Street  
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson, Chief Judge, on May 19, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
2325 Hooper Avenue  
Brick, NJ 08724

FMV = $250,000

Liens on property:

Lien = $313,000

Minus 10% Cost of Sale

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee  
Address: 115 Maple Avenue, Red Bank, New Jersey 07701  
Telephone No.: 732.383.7233

*rev.8/1/15*

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                         Case No. 20-13759-KCF
Karen Markey                                                   Chapter 7
        Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Apr 14, 2020
                              Form ID: pdf905          Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
db             +Karen Markey,    2325 Hooper Ave,    Brick, NJ 08723-6619
518747852       AES/NJHESAA,    PO Box,    61047,    Harrisburg, PA 17106
518747854      +AllianceOne Receivables Management,    6565 Kimball Drive,    Suite 200,
                 Gig Harbor, WA 98335-1206
518747853      +AllianceOne Receivables Management,    2419 Spy Run Ave,    Fort Wayne, IN 46805-3200
518747858       Celentano, Stadtmauer & Walentowicz,    PO Box 2594,    Clifton, NJ 07015-2594
518747869      +Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
518747870      +First Source Advantage,    205 Bryant Woods South,    Buffalo, NY 14228-3609
518747874      +Hackensack Meridian Health,    PO Box 650292,    Dallas, TX 75265-0292
518747875      +Halsted Financial Services LLC,    PO Box 828,    Skokie, IL 60076-0828
518747877      +KIA Motors Finance,    PO Box 629027,    El Dorado Hills, CA 95762-9027
518747883      +LVNV Funding,    Attn: Asset Recovery Solutions LLC,    2200 E Devon Avenue, Suite 200,
                 Des Plaines, IL 60018-4501
518747884      +Maryland Transportation Authority,    PO Box 17600,    Baltimore, MD 21297-1600
518747889      +NJ E-Zpass Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
518747888      +Nikunj Mehta MD PA,    9 Mule Rd,    Suite 14E,    Toms River, NJ 08755-5053
518747894      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518747896      +Professional Account Management,    PO Box 3032,    Milwaukee, WI 53201-3032
518747901      +RPM,    20818 44TH Ave,    Suite 140,    Lynnwood, WA 98036-7709
518747900      +Radius Global Solutions,    PO Box 390846,    Minneapolis, MN 55439-0846
518747903      +Selip & Stylianou,    PO Box 366,    Woodbury, NY 11797-0366
518747902      +Selip & Stylianou,    10 Forest Avenue,    PO Box 914,    Paramus, NJ 07653-0914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2020 01:33:12     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2020 01:33:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518747855      +E-mail/Text: bnc-capio@quantum3group.com Apr 15 2020 01:32:59     AssetCare,
                 2222 Texoma Pkwy Ste 180,    Sherman, TX 75090-2484
518747856      +E-mail/Text: bankruptcyletters@hackensackmeridian.org Apr 15 2020 01:33:56
                 Bayshore Community Hospital,    727 North Beers Street,    Holmdel, NJ 07733-1598
518747857      +E-mail/Text: bnc-capio@quantum3group.com Apr 15 2020 01:32:59     Capio Partners,
                 2222 Texoma Parkway Suite 150,    Sherman, TX 75090-2481
518747861      +E-mail/Text: bankruptcy@certifiedcollection.com Apr 15 2020 01:32:43
                 Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
518747863       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 15 2020 01:32:39     Comenity Bank,
                 PO Box 182125,    Columbus, OH 43218-2125
518747867      +E-mail/Text: kzoepfel@credit-control.com Apr 15 2020 01:33:14     Credit CONTROL,
                 5757 Phantom Dr,    Suite 330,    Hazelwood, MO 63042-2429
518747865      +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 15 2020 01:34:26
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
518747871      +E-mail/Text: bankruptcy@flagshipcredit.com Apr 15 2020 01:33:30     Flagship Credit Acceptance,
                 3 Christy Dr,    Ste 201,    Chadds Ford, PA 19317-9670
518747872       E-mail/Text: bankruptcy@glsllc.com Apr 15 2020 01:31:15     Global Lending Service,
                 1200 Brookfield Blvd Ste,    Greenville, SC 29607
518747876      +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 15 2020 01:33:34     Jefferson Capital Systems,
                 PO Box 17210,    Golden, CO 80402-6020
518747878       E-mail/Text: bncnotices@becket-lee.com Apr 15 2020 01:32:04     Kohls,    PO Box 2893,
                 Milwaukee, WI 53201-2983
518747880      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 01:43:58     LVNV Funding,
                 PO Box 1269,    Greenville, SC 29602-1269
518747879       E-mail/Text: bankruptcies@libertymutual.com Apr 15 2020 01:33:09     Liberty Mutual,
                 9450 Seward Road,    Fairfield, OH 45014-5456
518747891       E-mail/Text: info@phoenixfinancialsvcs.com Apr 15 2020 01:31:30     Phoenix Financial Services,
                 PO Box 361450,    Indianapolis, IN 46236-1450
518747893       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2020 01:43:53
                 Portfolio Recovery Associates,    PO Box 12914,    Norfolk, VA 23541
518749025      +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 01:42:13     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518747906      +E-mail/Text: wfmelectronicbankcynotifications@verizonwireless.com Apr 15 2020 01:31:11
                 Verizon,    PO Box 15124,    Albany, NY 12212-5124
518747907      +E-mail/Text: wfmelectronicbankcynotifications@verizonwireless.com Apr 15 2020 01:31:11
                 Verizon Wireless,    PO Box 650051,    Dallas, TX 75265-0051
518747908      +E-mail/Text: edinkel@vikingservice.com Apr 15 2020 01:34:51     Viking Client Services,
                 7500 Office Ridge Circle,    Eden Prairie, MN 55344-3783
                                                                                             TOTAL: 21
```

```
District/off: 0312-3          User: admin                  Page 2 of 2               Date Rcvd: Apr 14, 2020
                              Form ID: pdf905              Total Noticed: 41


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518747859*        Celentano, Stadtmauer & Walentowicz,    PO Box 2594,    Clifton, NJ 07015-2594
518747860*        Celentano, Stadtmauer & Walentowicz,    PO Box 2594,    Clifton, NJ 07015-2594
518747862*       +Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
518747864*        Comenity Bank,    PO Box 182125,    Columbus, OH 43218-2125
518747868*       +Credit CONTROL,    5757 Phantom Dr,    Suite 330,    Hazelwood, MO 63042-2429
518747866*       +Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
518747873*      ++GLOBAL LENDING SERVICES LLC,    1200 BROOKFIELD BLVD STE 300,    GREENVILLE SC 29607-6583
                 (address filed with court: Global Lending Service,      1200 Brookfield Blvd Ste,
                   Greenville, SC 29607)
518747881*       +LVNV Funding,    PO Box 1269,    Greenville, SC 29602-1269
518747882*       +LVNV Funding,    PO Box 1269,    Greenville, SC 29602-1269
518747885*       +Maryland Transportation Authority,    PO Box 17600,    Baltimore, MD 21297-1600
518747886*       +Maryland Transportation Authority,    PO Box 17600,    Baltimore, MD 21297-1600
518747887*       +Maryland Transportation Authority,    PO Box 17600,    Baltimore, MD 21297-1600
518747890*       +NJ E-Zpass Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
518747892*      ++PHOENIX FINANCIAL SERVICES LLC,    PO BOX 361450,    INDIANAPOLIS IN 46236-1450
                 (address filed with court: Phoenix Financial Services,      PO Box 361450,
                   Indianapolis, IN 46236-1450)
518747895*       +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518747897*       +Professional Account Management,    PO Box 3032,    Milwaukee, WI 53201-3032
518747898*       +Professional Account Management,    PO Box 3032,    Milwaukee, WI 53201-3032
518747899*       +Professional Account Management,    PO Box 3032,    Milwaukee, WI 53201-3032
518747904*       +Selip & Stylianou,    PO Box 366,    Woodbury, NY 11797-0366
518747905*       +Selip & Stylianou,    10 Forest Avenue,    PO Box 914,    Paramus, NJ 07653-0914
                                                                                          TOTALS: 0, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, not in its
           individual capacity, but solely as trustee of Citigroup Mortgage Loan Trust 2019-E
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Debtor Karen  Markey cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
           NJ95@ecfcbis.com,bcrowley@mchfirm.com
          John Michael McDonnell    jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```